**CHICAGO TITLE INSURANCE CO ET ALS**
*Plaintiff*

vs.

**PEARL DWEK; JOSEPH KOHEN; EMPIRE EQUITY GROUP INC.; D/B/A 1ST METROPOLITAN MORTGAGE; JEROME SHAPIRO**
*Defendant*

**UNITED STATES DISTRICT COURT**
**District of New Jersey**
Docket / Index # 08-4502-MLC

# AFFIDAVIT

**Person to be served:**
*Empire Equity Group Inc. d/b/a 1st Metropolitan Mortgage* at: *Empire Equity Group Inc. d/b/a 1st Metropolitan Mortgage, 25 Philips Parkway, Montvale, NJ 07645*

**Attorney:**
Riker Danzig Scherer Hyland & Perretti LLP
1 Speedwell Ave
, Morristown, NJ 07960

Cost of Service Pursuant to R. 4:4-3(c)

$_____

**Papers Served:**
Summons and Complaint

**Service Data:**
Served Successfully __X__   Not Served _____

Date: September 11, 2008   Time: 1:20 PM

Attempts: 0

_____   Delivered a copy to him / her personally

**Name of Person Served and Relationship / Title:**

Mordechai Book, Legal Counsel

_____   Left a copy with a competent household member over 14 years of age residing therein.

__X__   Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Sex: **Male**  Age: **38**  Height: **5' 8"**  Weight: **180-190 lbs**  Skin Color: **Caucasian**  Hair Color: **Brown**

**Unserved:**
( )Defendant is unknown at the address furnished by the attorney
( )All reasonable inquiries suggest defendant moved to an undetermined address
( )No such street in municipality
( )No response on: _____ Date _____Time
                     _____ Date _____Time
( )Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
  12  day of  Sept 2008
_____
Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2013

I, **Anthony Dalto**, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Anthony Dalto, Process Server

**Lawyers Edge Process Service, LLC**, 58 Main Street Suite 1C, Hackensack, NJ 07601
Phone: (201) 489-8080   Fax: (201) 489-8824

Job #24520
Affidavit of Service (9/30/02)