# STEVEN C. RUBIN
## ATTORNEY AT LAW

CHARLES FRANKEL (1928-1988)
OF COUNSEL 1984-1988

241 MONMOUTH ROAD, SUITE LL04
WEST LONG BRANCH, NJ 07764
732-531-0744
TELEFAX 732-517-0017

*RECEIVED JAN 15 2009 AT 8:30 WILLIAM T. WALSH CLERK*

January 9, 2009

United States District Court of New Jersey
Attn: Filing Clerk
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, New Jersey 08608

    Re:    Chicago Title Insurance Co. v. Pearl Dwek, et al.
             Civil Case No. 3:08-cv-04502-MLC-JJH

Dear Sir/Madam:

    Enclosed please find original plus two copies of Certification of Pearl Dwek in Support of Order to Show Cause.

                                          Very truly yours,

                                          Steven C. Rubin

SCR:jb

Enclosure

STEVEN C. RUBIN, ESQ.
241 Monmouth Road, Suite LL04
West Long Branch, New Jersey 07764
Attorney for Defendant Peal Dwek
732-531-0744

*RECEIVED AT 8:30 JAN 15 2009 WILLIAM T. WALSH CLERK*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>Vs.<br><br>PEARL DWEK, JOSEPH KOHEN, EMPIRE EQUITY GROUP, d/b/a 1st METROPOLITAN MORTGAGE, JEROME SHAPIRO, JOHN DOE ENTITIES 1-X, JOHN DOES 1-X,<br>Defendants | Civil Action<br><br>CASE NO. 3:08-cv-4502(MLC)<br>CERTIFICATION OF DEFENDANT PEARL DWEK IN SUPPORT OF ORDER TO SHOW CAUSE FOR A STAY AND AN ADMINISTRATIVE TERMINATION |

PEARL DWEK being of full age certifies as follows:

1. I am a named defendant in the above matter.

2. It is only because my husband is Solomon Dwek that my name has become associated with this proceeding.

3. I have no personal knowledge of the acts alleged attributable to me and I did not make any loan applications or sign any contracts as alleged in plaintiff's complaint.

4. The proceedings involving my husband are absolutely necessary and indispensable to determine the lack of validity of the claims against me personally.

5. I join in the request that all matters be stayed pending an adjudication and resolution of the matter involving Solomon Dwek as he should be considered an indispensable and necessary party to the proceedings.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are wilfully false, I may be subject to punishment.

Date: 1/12/09

_____
Pearl Dwek