**FARRELL & THURMAN, PC**
P.O. Box 671
Princeton, New Jersey 08542-0671
Ph: (609) 924-1115
Fx: (609) 924-5266

*For Hand Deliveries:*
172 Tamarack Circle
Skillman, NJ 08558

Attorneys for Defendant:   EMPIRE EQUITY GROUP, INC. d/b/a
                           1st METROPOLITAN MORTGAGE

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PEARL DWEK, JOSEPH KOHEN, EMPIRE EQUITY GROUP, INC. d/b/a 1ST METROPOLITAN MORTGAGE, JEROME SHAPIRO, JOHN DOE ENTITIES 1-X, and JOHN DOES 1-X,<br><br>Defendants,<br><br>and<br><br>EMPIRE EQUITY GROUP, INC. d/b/a 1st METROPOLITAN MORTGAGE,<br><br>Cross-Claimant and Third-Party Plaintiff,<br><br>vs.<br><br>PEARL DWEK, JOSEPH KOHEN, JEROME SHAPIRO, and JOHN DOE ENTITIES 1-X, and JOHN DOES 1-X<br><br>Cross-Defendants and Doe Third-Party Defendants. | Unites States District Court<br>District of New Jersey<br><br>Civil Action<br>3:08-cv-04502-MLC-JJH<br><br><br><br>**NOTICE OF MOTION BY EMPIRE EQUITY GROUP, INC., TO FILE A RESPONSIVE PLEADING OUT OF TIME**<br><br><br>[Return Date: April 6, 2009] |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 6(b)(1)(B), on the basis of the Certification of James M. Farrell, Esq., and Memorandum of Law submitted in support hereof, defendant Empire Equity Group, Inc., will move this Court on April 6, 2009 at 10:00 a.m., for an order granting leave to file its Answer, Affirmative Defenses, Answer to Cross-Claim, Cross-Claim, and Third-Party Complaint out of time.  A proposed Order is submitted herewith.

FARRELL & THURMAN, PC
*Attorneys for Empire Equity Group, Inc.*

/s/ JAMES M. FARRELL , ESQ.

March 13, 2009