

**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Joshua S. Bratspies**
Attorney

<u>Direct:</u>
t: 973.451.8408
f: 973.451.8625
jbratspies@riker.com
Reply to: Morristown

November 4, 2010

Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building &
  U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Attention: Finance Department

Re:   **Chicago Title Insurance Company vs. Pearl Dwek, <u>et al.</u>**
      **<u>Civil Action No. 08-4502</u>**

Dear Sir/Madam:

We are writing at the instructions of Kimberly of the Clerk's Office. On or about September 10, 2008, this firm electronically filed a Complaint in the above matter and were charged for the filing in the amount of $350. Due to technical issues, we were required to file the Complaint twice, resulting in a duplicate charge. Your office previously confirmed that we had been charged in connection with the first filing attempt, but that the Complaint did not get filed on that first attempt. Enclosed please find two automated messages from Pay.Gov. concerning this transaction. Please credit our credit card for the first $350 charge.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Joshua S. Bratspies*

Joshua S. Bratspies

JSB
Encl.

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com

**Schlitt, Kathy**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, September 10, 2008 11:14 AM |
| **To:** | Lezak, Lauren |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 24UVAIP9
Agency Tracking ID: 03120000000002174955

Account Holder Name: MICHAEL O'DONNELL
Transaction Type: Sale
Billing Address: HEADQUARTERS PLAZA
Billing Address 2: Riker Danzig Scherer Hyland & Perretti LLP
City: Morristown
State/Province: NJ
Zip/Postal Code: 07962-1981
Country: USA
Card Type: American Express
Card Number: **********2008
Expiration Date: Aug, 2012
Payment Amount: $350.00
Transaction Date: Sep 10, 2008 11:13:37 AM

**Schlitt, Kathy**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, September 10, 2008 10:47 AM |
| **To:** | Lezak, Lauren |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: NJD CM ECF
Pay.gov Tracking ID: 24UVAGKO
Agency Tracking ID: 03120000000002174800

Account Holder Name: Jack A. Berkowitz
Transaction Type: Sale
Billing Address: HEADQUARTERS PLAZA
Billing Address 2: Riker Danzig Scherer Hyland & Perretti
City: Morristown
State/Province: NJ
Zip/Postal Code: 07962-1981
Country: USA
Card Type: American Express
Card Number: **********2008
Expiration Date: Aug, 2012
Payment Amount: $350.00
Transaction Date: Sep 10, 2008 10:47:24 AM